# United States Court of Appeals for the Federal Circuit

June 13, 2012

**ERRATUM**

Appeal Nos. 2011-1126, -1127

OTSUKA PHARMACEUTICAL CO., LTD.,

Plaintiff-Appellee,

v.

SANDOZ, INC., SUN PHARMACEUTICAL
INDUSTRIES, LTD., SYNTHON BV, SYNTHON
HOLDINGS BV, SYNTHON LABORATORIES, INC., and
SYNTHON PHARMACEUTICALS, INC.,

Defendants,

and

APOTEX INC. and APOTEX CORP.,

Defendants-Appellants,

and

TEVA PHARMACEUTICALS USA, INC., BARR
LABORATORIES, INC., and BARR
PHARMACEUTICALS, INC.,

Defendants-Appellants.

Decided: May 7, 2012
Precedential Opinion
_____

The following change has been made:

Page 21, line 4, "marketed" has been changed to --promising--.